UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES C. DRAGON,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS BOARD OF BAR OVERSEERS,<br>    Defendant. | CIVIL ACTION NO.:<br>03-12616-EFH |

**O R D E R**

March 31, 2004

HARRINGTON, S.D.J.

  Upon review of the record in this case, the Court rules as follows on the below-listed motion:

  Plaintiff's Motion for Writ of Mandamus [pleading No. 1] is denied.

  SO ORDERED.

              /s/ Edward F. Harrington
              EDWARD F. HARRINGTON
              United States Senior District Judge