# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES C. DRAGON,<br>　　　　　　　　　　Plaintiff<br><br>　　　　　v.<br><br>MASSACHUSETTS BOARD OF BAR OVERSEERS,<br>　　　　　　　　　　Defendant. | CIVIL ACTION NO.:<br>03-12616-EFH |

## ORDER OF DISMISSAL

April 27, 2004

HARRINGTON, S.D.J.

　　　The Court dismisses the above-entitled case for failure of the plaintiff to serve the defendant with the Complaint within the time period required by Rule 4 of the Federal Rules of Civil Procedure.

　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward F. Harrington
　　　　　　　　　　　　　　　　　　　　　　　EDWARD F. HARRINGTON
　　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge